UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>          Plaintiffs,<br><br>          v.<br><br>KEVIN GULLFOYLE,<br><br>          Defendant. | Civil Action No. 06-01238 (FLW)<br><br>**ORDER FOR JUDGMENT** |

**WOLFSON, District Judge**

      This matter having been opened to the Court upon a Motion for Default Judgment filed by Karen A. Confoy, Esq., on behalf of Plaintiffs, Warner Bros. Records, Inc., Capitol Records, Sony BMG Music Entertainment, Arista Records LLC, BMG Music, UMG Recordings, Inc., and Motwon Record Company, L.P., the Court having considered the moving papers there being no opposition thereto; the matter being decided pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion filed on this date; and for good cause shown;

      **IT IS** on this 14th day of March, 2007,

      **ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that Judgment shall be entered in the amount of $7,070.00, which includes $6,750.00 in statutory damages and $320.00 in costs; and it is further

**ORDERED** that Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Got Me Under Pressure," on album "Eliminator," by artist "ZZ Top" (SR# 45-132);
- "Father of Mine," on album "So Much for the Afterglow," by artist "Everclear" (SR# 181-328);
- "Stellar," on album "Make Yourself," by artist "Incubus" (SR# 278-818);
- "Complicated," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786);
- "Sweet Lady," on album "Tyrese," by artist "Tyrese" (SR# 237-788);
- "What's Your Fantasy," on album "Back For the First Time," by artist "Ludacris" (SR# 289-433);
- "I Do (Cherish You)" on album "98 Degrees & Rising," by artist "98 Degrees" (SR #237-315);
- "From This Moment On," on album "Come on Over," by artist Shania Twain" (SR# 243-502);
- "I Can Love You," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)

("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control; and it is further

      **ORDERED** that this case is **CLOSED**.

      /s/  Freda L. Wolfson
      The Honorable Freda L. Wolfson,
      United States District Judge